UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CASON MADDISON, | ) |
|                         Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 5:25-cv-364-M |
| FLYEXLUSIVE, INC. and THOMAS | ) |
| JAMES SEGRAVE, JR. | ) |
| | ) |
|                        Defendants. | ) |
| | ) |

## MOTION TO DISMISS

Defendants FlyExclusive, Inc. and Thomas James Segrave, Jr. (collectively, "Defendants"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby file this Motion to Dismiss Plaintiff Cason Maddison's ("Plaintiff") Complaint against Defendants. The grounds for this Motion are fully described in Defendants' Memorandum in Support, which is filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that the claims against them contained in Plaintiff's Complaint be dismissed with prejudice.

Respectfully submitted this the 30th day of September, 2025.

                                                    WYRICK ROBBINS YATES & PONTON LLP

                                                    By: /s/ T. Cullen Stafford
                                                    T. Cullen Stafford
                                                    N.C. State Bar No. 48872
                                                    cstafford@wyrick.com
                                                    Alice Y. Magnuson
                                                    N.C. State Bar No. 53720
                                                    amagnuson@wyrick.com
                                                    4101 Lake Boone Trail, Suite 300
                                                    Raleigh, North Carolina 27607-7525
                                                    Telephone: (919) 781-4000
                                                    *ATTORNEYS FOR DEFENDANTS*

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I caused a copy of the foregoing MOTION TO DISMISS to be filed electronically using the Court's CM/ECF system, which will send electronic notice to all parties of record:

EDWARDS BEIGHTOL, LLC

Catharine E. Edwards
N.C. State Bar No. 52705
cee@eblaw.com
Nicholas J. Sanservino
N.C. State Bar No.36557
njs@eblaw.com
P.O. Box 6759
Raleigh, NC 27628
Telephone: (919) 636-5100
*ATTORNEYS FOR PLAINTIFF*

By: /s/ T. Cullen Stafford
T. Cullen Stafford
N.C. State Bar No. 48872
cstafford@wyrick.com
Alice Y. Magnuson
N.C. State Bar No. 53720
amagnuson@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607-7525
Telephone: (919) 781-4000
*ATTORNEYS FOR DEFENDANTS*