# EXHIBIT A

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Cason Maddison | [redacted] | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| [redacted] | [redacted] |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| flyExclusive | 650 | (800) 627-5361 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2860 Jetport Road | Kinston, NC 28504 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10/1/2023   Latest: 04/18/2024
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I experienced discrimination based on sex, retaliation and wrongful constructive discharge by my former employer, flyExclusive, and its owner, Jim Segrave. Please see attached charge particulars for additional detail.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 8/26/2024
Charging Party Signature: [signed] Cason Maddison

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

# CHARGE OF DISCRIMINATION BASED ON SEX, RETALIATION & WRONGFUL TERMINATION

## I. INTRODUCTION

1. I am a 44-year-old female. In 2021, I was approached by flyExclusive ("Company") to become its Senior Vice President, Strategic Business Planning & Analysis. I was recruited by Mr. Billy Barnard, the former Chief Financial Officer of LGM Enterprises, LLC, the parent company of flyExclusive.

2. I was consistently given positive performance reviews and never received any complaints from my superiors or coworkers while I worked for the Company. In October 2023, I became the Company's Chief Administrative Officer ("CAO") and Corporate Secretary, and I successfully took the Company public through a SPAC in 2023.

3. Despite my success, due to discrimination based on my sex, I hit a glass ceiling and had nowhere to go within the Company. On April 4, 2024, I was forced to resign.

## II. FACTUAL BACKGROUND

4. While working for the company, my duties included executing CFO responsibilities throughout three (3) CFO tenures over thirty-two (32) months and serving as the Company's "Chief Problem Solver."

5. Despite failures to support me, I thrived at the Company. I successfully led four (4) separate due diligence processes to evaluate strategic opportunities for the Company, two of which were done in parallel.

6. I also managed over $150 million in capital raises; saved the Company millions of dollars through process workflow improvements; negotiated millions of dollars in savings from service providers in contract discussions; and even performed legal functions before the Company belatedly hired a General Counsel.

7. Most importantly, Mr. Thomas James Segrave, Jr. ("Jim Segrave"), the Company's founder and Chief Executive Officer, tasked me with bringing the Company public through a SPAC, which is no small feat. Only seventeen percent (17%) of SPACs successfully closed in 2023. The primary reason the Company falls into this elite group as of December 2023 is due to my three (3) years of working 80 – 100-hour workweeks (including virtually every weekend and holiday), often on matters falling well outside the scope of my job duties.

8. Throughout this three-year period, I reminded Jim Segrave that I was not being paid any additional compensation for my extra work. Every time, Jim Segrave responded with his intent to grant significant, "meaningful" equity pay to me. I relied upon these statements and believed them to be true. They turned out not to be true. The Company failed to pay me this equity, as well as the cash promised in writing at the successful close of the business combination transaction.

9. In October of 2023, Jim Segrave named me CAO and Corporate Secretary.

## III. DISCRIMINATION BASED ON SEX

10. I was the only female executive at the Company. When I was promoted to CAO in October 2023, the Company's Vice President of Human Resources ("VP of HR"), Jennifer Mears, informed me that I was the first female executive in the history of the Company.

11. Ms. Mears also informed me that this milestone would be announced at the next company-wide monthly meeting. At the meeting, the announcement was not made, nor was it ever made in any company-wide monthly meeting that followed.

12. In addition, despite my title as CAO, I was *never* included in the standing weekly executive meetings with Jim Segrave. Only men – General Counsel, the former President, Tommy Sowers, the former Chief Financial Officer ("CFO"), Billy Barnard, the former Chief Operating Officer ("COO"), Mike Guina, the Chief Development Officer ("CDO"), Rich Brennan, and occasionally a member(s) of the Board – were included in these weekly meetings.

13. The Company's Board of Directors is also entirely comprised of men. Although a highly qualified female had been recommended to Jim Segrave to consider for a Board position, he refused to contact or interview her for the position.

14. This sexism became particularly pointed in March 2024, when the role of President became available – a role for which I was plainly qualified.

15. I discussed my interest in the role with Tom Segrave, Vice Chairman of the Board. Tom Segrave quizzed me on my ability to lead, though he was well aware that I had led the Company's effort to go public, that the Company's lead audit partner believed I had effectively been serving as the acting CFO, and that I served as the Company's lead on a multitude of critical Company issues (including legal matters, corporate governance, investor relations, public relations, and personnel matters).

16. I informed Tom Segrave that my leadership approach would be transformational in style and strategy, which had proven effectual in the endeavors I successfully led while at the Company.

17. Tom Segrave responded that I could not possibly lead 700 employees effectively and that Jim Segrave needed "**men** right outside his office who were easily accessible and who he could go to lunch with. . ."

18. I am aware that when Tom Segrave and Jim Segrave discussed C-Suite hires generally with other personnel consulted on the matter, they consistently referenced the hypothetical person in these roles as "he" or "him." Others, in fact, expressed concern that no women were being considered for C-Suite level positions.

19. This failure to promote, coupled with the repeated failure to pay me what I was owed, caused me significant emotional and other distress.

20. By April 2024, I was unsupported at work, had been subjected to unlawful actions that no one at the Company took seriously, and reasonably believed the Company was trying to unlawfully terminate me (affirmatively, constructively, or otherwise). As a direct result, I was forced to resign, effective April 18, 2024.

## IV. SUMMARY

21. I dedicated myself to the Company for years, working hundred-hour workweeks and successfully taking it public. While there, I received stellar performance reviews and consistently received positive feedback.

22. Instead of supporting its devoted employee, the Company refused to properly pay me and refused to genuinely consider me for the President role because I am a woman.

23. When it became impossible to continue working there and it was evident the Company was trying to get rid of me, I was forced to resign.

24. As a result of my discriminatory constructive discharge by the Company, I have suffered immensely, through ongoing economic losses, reputational damage, and humiliation.

I hereby certify under penalty of perjury that the foregoing is true and correct.

_____  _____8/26/2024_____
**Cason Maddison**                              **Date**