# EXHIBIT B

 Outlook

## Re: Summary of Deliverables and Request for Compensation Discussion

**From** Jim Segrave
**Date** Thu 9/21/2023 3:36 PM
**To** Cason Maddison ; Billy Barnard

Billy is going to be the CFO. Will let you work this out with him. He has the authority.

Jim Segrave

---

**From:** Cason Maddison
**Date:** Thursday, September 21, 2023 at 3:05 PM
**To:** Jim Segrave
**Subject:** RE: Summary of Deliverables and Request for Compensation Discussion

Thanks, Jim. I want to work for someone who values my contributions. Your sell-side advisor work has been me, not a firm. This work will save the company millions of dollars at closing. Operational challenges you reference below – happy to help, but you didn't hire me to do that. I imagine that you pay people plenty more than you pay me to try to figure that out. Financial and operational restructuring is in my wheelhouse, though. Happy to discuss my prior success in this arena. And FYI – I've already started prepping for future quarterly financial reporting as evidenced in my outline. I also have an organizational chart that I prepared that I think will be viable, but I'm no longer willing to share my work product without being properly compensated.

Arjun's emails in my inbox. Why isn't BTIG being asked to produce the slides for ETG? Isn't that supposed to be a main part of what they will ultimately be paid plenty for at closing? As you know, they started with the deck and I took it over because it was a complete disaster. Talk about what the company can and can't do right now? How about we punt this to BTIG?

For the record, I advocate for myself when it comes to my comp, and not as a result of anyone else's conversations with you. I prepared my summary of deliverables (outline) this weekend, in advance of my email to you this morning, as I indicated in my text to you on Sunday. Every item that is indicated on that outline is time that I've devoted to helping you achieve your vision and - honestly - fixing someone else's mistakes. That's time away from my family, and that's valuable to me. Billy has nothing to do with this.

As I have indicated to you, I want this to work. But I won't roll over and accept an offer on a hope and a prayer.

Best of luck,

Cason

**Cason Maddison**
**SVP – Strategic Business Planning and Analysis**
LGM Enterprises, LLC
2860 Jetport Road
Kinston, North Carolina 28504



**From:** Jim Segrave
**Sent:** Thursday, September 21, 2023 11:23 AM
**To:** Cason Maddison
**Subject:** Re: Summary of Deliverables and Request for Compensation Discussion

The 20% increase plus a 50% bonus opportunity is what the company can do right now.
Happy to revisit after we get the deal done.
Part of the revisit would need to be based on how much time you were able to be in Kinston. This is a Kinston job I think. Need you engaged with the people and me.

I want you on the team after we get this done. There will be no shortage of work continuing to fix the operational challenges as you know!

Jim Segrave

---

**From:** Cason Maddison
**Date:** Thursday, September 21, 2023 at 9:40 AM
**To:** Jim Segrave
**Subject:** RE: Summary of Deliverables and Request for Compensation Discussion

Jim,

Thanks for your feedback and kind words. I'm fine with your proposal on the bonus structure and appreciate the equity consideration. Regarding salary, I believe I have contributed and will continue to contribute more value to the company than $240K. Based on my roles and responsibilities, I believe that $275K + 12 flight hours is fair.

The outline I prepared was attached to my email this morning. I also considered that Chief Administrative Officer would be an appropriate title, and, after reading your points below on how you view the CSO position, I believe you are correct.

How many days per week do you want me to be in Kinston? I enjoy being there and interacting with the employees. I also can handle all that you've described below.

A great deal of my daily work involves reading, interpreting, analyzing, calculating, so I need designated time during each week to focus. At least until I can hire qualified help to be able to delegate. Dee has been a blessing – ideally, I need 2 Dees.

Let me know your thoughts when you get a chance. Again, I appreciate this opportunity for discussion on how I can best contribute to the company.

Thanks,

Cason

**Cason Maddison**
**SVP – Strategic Business Planning and Analysis**
LGM Enterprises, LLC
2860 Jetport Road
Kinston, North Carolina 28504



---

**From:** Jim Segrave
**Sent:** Thursday, September 21, 2023 8:44 AM
**To:** Cason Maddison
**Subject:** Re: Summary of Deliverables and Request for Compensation Discussion

Good morning!

You are so detailed and deserve tons of credit for getting us this far.  I regularly give you the lion share of the credit for getting us in position to go public!  I agree your compensation should be adjusted/increased.  Starting 10/1 we will increase your salary to $240k with a 50% bonus opportunity.  The bonus opportunity will be largely based on profitability and partly based on deliverables.  Other than previously agreed upon bonus deals based on first six months or made by others (that candidly I am not at all happy about) and before they all reported to me, no one has earned a bonus this year.  But I believe we all can lead the company to a place where everyone is earning their bonus every year.

We will also pay the $50k Brent agreed months at to at closing.  Additionally, I intend to give you and multiple others equity in the form of stock at closing.  This will be a board level discussion and a decision I expect to make with the boards advice.  But I do expect the values to be meaningful.

As far as your title.  Let's think about that some.  I think it should reflect what you do.  No objection to changing it and/or with giving you a promotion.  But would like it to be appropriate.

Some high level thoughts on strategy (that maybe in my mind I have wrong):
- I think this is someone helping with product offerings.  Club structure.  Frax structure.  Partner structure.  What does the customer want/need.  What will sell.  How do we sell it.  How do we market it.
- I think this is someone helping with planes.  What are the right ones for the company.  When do we want to think about selling them (based on age, hours, value, reliability).  Again, what will sell to customers.  What delivers profit.
- I think this is someone helping with business initiatives.  Should we expand the paint/interior/MRO business.  Should we sell Encores.  Should we buy more gulfstreams.

- Should we grow our avionics business. Invest in Garmin. Go with GoGo or SmartSky. Invest in building out the wire harness business.

These things among many other strategic decisions that seem to require extensive industry knowledge and experience. I am deeply engaged with all of these as I don't really think anyone else has the experience, knows anything about the customer and/or how they make decisions. No doubt you could help and learn anything. But is this what you were thinking? Send me the outline you were talking about in your text last weekend.

You have been a bulldog. Holding everyone in the project accountable. Pushing everyone hard to get their parts done. Almost more of a Chief Administrative Officer. You have handled legal issues, compliance issues, insurance, decks. God I would love someone with your talent taking over the monthly meetings. And setting up my presentations and speeches for me all the time. Sitting in meetings and helping/handling follow-up. Gathering information. Being my bulldog!!!! That would be so awesome. And get Tommy out of the middle of those monthly meetings somewhat.

All of these thoughts on title are just brainstorming. Important to me you are happy with it, engaged and energized. Also, would want you here in Kinston lots more. To fix this place we can't be fragmented (like WUP always has been with people working all over the country). I need you here fully engaged, interacting with the people. For some positions this is even more important. You can't do strategy, compliance or administrative at the level needed from a distance is my thought.

Best,
Jim

Jim Segrave

---

**From:** Cason Maddison
**Date:** Thursday, September 21, 2023 at 5:55 AM
**To:** Jim Segrave
**Subject:** Summary of Deliverables and Request for Compensation Discussion

Good morning Jim,

I mentioned that I spent time this weekend updating my summary of deliverables since hire. The attached outlines what I've added to my responsibilities since November of 2022 (please see pages 4 – 8). Given our messaging last night on the proxy filing timeline, I think it's important for you to understand what I have undertaken in addition to my work on the go-public effort.

I'd appreciate your review and a discussion of my compensation (I currently make $200K). Brent approved a $50K bonus which was paid to me in December 2022. He mentioned

another $50K cash bonus at closing, but that was not put in writing and I also told him that $50K at closing is not acceptable given my contribution to this effort.

I respectfully ask for a promotion to Chief Strategy Officer, along with a raise, bonus, and a written contract.

Thank you for your consideration.

Best,

Cason

**Cason Maddison**
**SVP – Strategic Business Planning and Analysis**
LGM Enterprises, LLC
2860 Jetport Road
Kinston, North Carolina 28504

