IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00364-M

CASON MADDISON,

     Plaintiff,

v.

FLYEXCLUSIVE, INC. and THOMAS
JAMES SEGRAVE, JR.,

     Defendants.

ORDER

This matter comes before the court on Defendants' Motion to Stay. DE 17. On October 1, 2025, the court ordered the parties to conduct their Rule 26(f) conference by October 31 and set disclosure deadlines based on that date. DE 17. Defendants now seek a stay of those deadlines pending the court's resolution of Defendants' Motion to Dismiss, DE 14, and Plaintiff does not oppose the requested stay. DE 17. For good cause shown and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Motion to Stay is GRANTED. All deadlines in the court's Order for Discovery Plan are STAYED pending the court's ruling on Defendant's Motion to Dismiss.

SO ORDERED this __30th__ day of October, 2025.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE